# United States Court of Appeals for the Federal Circuit

September 2, 2010

## ERRATA

Appeal No. 2009-1225,-1244

**FUNAI ELECTRIC COMPANY, LTD.**,
*Plaintiff-Cross Appellant,*

**v.**

**DAEWOO ELECTRONICS CORPORATION
AND DAEWOO ELECTRONICS AMERICA, INC.**,
*Defendants-Appellants,*

**and**

**DAEWOO ELECTRONICS COMPANY, LTD.,
DAEWOO ELECTRONICS CORPORATION OF
AMERICA, INC.
AND DAEWOO ELECTRIC MOTOR INDUSTRIES,
LTD.**,
*Defendants.*

Decided:  September 1, 2010
Precedential Opinion

Please make the following changes:

Page 2, change "Harry F. Dorscher" to "Harry F. Doscher"